FORM TO BE USED BY A PERSON FILING A PETITION FOR
WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2254

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ENTERED
LODGED RECEIVED
NOV 29 2007
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

ERic Rodney Hill. 17477-016
Sept. 26-1964
f.C.I. P.O. BOX 33
TeRRe Haute, indiana 47808
(Full name, date of birth, identification number and address of the petitioner)

v.

Civil Action No. JFM-07-3232
(Leave blank. To be filled in by Court.)

BRian R. Jett. warden, et. al.
(Name of the Warden or other person having custody of the petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF MARYLAND

**PETITION FOR WRIT OF HABEAS CORPUS**

1. Name and location of the court which entered the judgment/conviction being challenged.

SupeRioR couRt foR the DistRict of columbia

2. Date of judgment or sentencing.

found Guilty on may 11th-2005

3. Length of sentence.

60 months case. no. f 4635-04

4. Nature of offense (all counts).

assault with a dangerous weapon, indictment included

5. What was your plea? (check one)

(a) Not Guilty [X]
(b) Not Guilty on Agreed Statement of Facts [ ]
(b) Guilty [ ]
(c) Nolo Contendere [ ]
(d) Alford Plea [ ]

If you entered different pleas to different counts or charges, explain.

____________________

____________________

6. Kind of trial. (check one)

(a) Jury [X]
(b) Judge Only [ ]

7. Did you testify at the trial?

Yes [X] No [ ]

8. Did you appeal or seek leave to appeal to the Maryland Court of Special Appeals?

Yes [ ] No [X]

If you answered yes, provide the following information:

A. What grounds did you raise?

____________________

____________________

____________________

B. What was the result?

______________________________________________

C. What was the date of the decision by the Court of Special Appeals?

______________________________________________

9. Did you file a petition for writ of certiorari to the Maryland Court of Appeals?

Yes [ ] No [X]

If you answered yes, what was the result?

______________________________________________

If you answered yes, what was the date of the decision by the Court of Appeals?

______________________________________________

10. Did you file a petition for writ of certiorari to the United States Supreme Court?

Yes [ ] No [X]

If you answered yes, what was the result?

______________________________________________

If you answered yes, what was the date of the decision by the Supreme Court?

______________________________________________

11. Have you filed any post conviction petitions challenging this judgment/sentence?

Yes [ ] No [X]

If you answered yes, provide the following information for **each** post conviction petition:

A. Name and location of the court where you filed.

______________________________________________

B. Date the post conviction petition was filed.

______________________________

C. What grounds did you raise?

______________________________

______________________________

______________________________

D. What was the result?

______________________________

E. What was the date of the decision?

______________________________

F. Did you file an application for leave to appeal to the Court of Special Appeals?

Yes [ ] No [X]

G. What was the result?

______________________________

H. What was the date of the decision by the Court of Special Appeals?

______________________________

I. If the Court of Special Appeals granted your application for leave to appeal but affirmed a decision denying post conviction relief, did you file a petition for writ of certiorari to the Court of Appeals?

Yes [ ] No [X]

J. What was the result?

______________________________

K. What was the date of the decision by the Court of Appeals?

_______________________________________________

12. Have you filed any other actions in any state or federal court challenging the judgment which is the subject of this petition?

Yes [ ] No [X]

If you answered yes, provide an explanation of what you filed, where, when, and what the result was.

_______________________________________________

_______________________________________________

_______________________________________________

13. Do you CURRENTLY HAVE PENDING in any state or federal court any motion, petition, or appeal concerning the judgment being challenged in this petition?

Yes [ ] No [X]

If you answered yes, describe what you filed, when, where, and its current status.

_______________________________________________

_______________________________________________

_______________________________________________

14. In most cases federal law requires that a habeas corpus petition be filed within one (1) year of the date your conviction became final. The time when a post conviction petition is pending or on appeal does NOT count towards the one year. 28 U.S.C. § 2244(d). If this petition is being filed more than one year after your conviction became final, explain why it is late and/or why you believe the one year limitations period does not apply.

Please take into consideRation the PetitioneRS Lack of Legal expeRtise.

_______________________________________________

15. State BRIEFLY every ground on which you claim you are being held unlawfully. BRIEFLY summarize the facts supporting each ground. If necessary, you may attach additional pages.

A. Ground One: DC. SuPERIOR COURT and U.S. attys office never had the Right to bring ERIC Hill TO TRIAL.

Supporting Facts: which is in violation of Due PROCESS clause.

B. Ground Two: Violation of the 6th amendment

Supporting Facts: ERIC R. Hill was denied the Right to Question the only Detective on the case Kenneth Goldberg, because he Refused to come to COURT.

C. Ground Three: 2 U.S. PROSECUTORS forged government documents.

Supporting Facts: which is in violation of the 14th amendment, ERIC R. Hill was denied equal PROTECTION of the law.

D. Ground Four: false imPRISonment, which is in

Supporting Facts: Violation of 18. USCA. 1201 the federal kidnapping act. Cases. 1. C.J.S. 1-2, 518 Aug-6-1956, C. 971

16. If any of the issues that you are raising in this petition have not been presented to a state court, explain which issues are being raised for the first time and why.

Please take into consideration the Petitioners Lack of Legal expertise.

17. Do you have any other sentence(s) to be served after you complete the sentence(s)/commitment that is being challenged in this petition?

Yes [ ] No [X]

If you answered yes, provide the following information about each of your future sentences:

A. Name and location of the court that imposed the sentence.

B. Length of the sentence.

C. Have you filed, or do you intend to file, a petition attacking this sentence?

Yes [ ] No [ ]

WHEREFORE, Petitioner prays that the Court grant him all relief to which he may be entitled in this action.

**I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION ABOVE IS TRUE AND CORRECT.**

SIGNED THIS ~~Nov.~~ 25 day of November, 2007.

[signature] B. Hill. 17477-016
(original signature of petitioner)

F.C.I. P.O. BOX 33
TERRE Haute, indiana 47808
(address of petitioner)