FORM TO BE USED BY A PERSON SEEKING LEAVE TO PROCEED
IN FORMA PAUPERIS IN A HABEAS CORPUS ACTION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIC Rodney Hill. 17477-016
(name of petitioner)

v.   Civil Action No. JFM-07-3232
     (Leave blank. To be filled in by Court.)

BRian R. Jett, et. al.
(name of respondent)

MOTION AND AFFIDAVIT TO PROCEED IN FORMA PAUPERIS

I, ERIC Rodney Hill, declare that I am the petitioner in this case. I understand that the fee for filing this type of case is $5.00. Because of my poverty, I am unable to pay the filing fee and costs of this action at this time, nor am I able to give security therefor.

I believe that I have a meritorious complaint and am entitled to relief in these proceedings.

In support of this motion, I answer the following questions:

1.  Are you presently employed in an institutional job or other assignment that results in compensation of any sort, including work release?

    YES [ ]   NO [X]

    a.  If you answered YES, list your employer or assignment and the amount of your wages.

        Employer/assignment: _____

        Monthly gross wages: _____

2254 Petition (Rev. 02/18/2005)

      Monthly net wages: _____

  **b.**  If you answered NO, state the date of your last employment or assignment, the name of your employer or assignment, and the amount of wages you received.

    Date: _____*1980*_____

    Employer/assignment: ___*not sure*_____

    Monthly gross wages: _____
    Monthly net wages: _____

**2.** Within the past twelve months have you received any income from: 1) settlements, judgments, or monetary awards from a court; 2) Social Security, public assistance, workers' compensation or disability payments; 3) a business, profession or other form of self-employment; 4) rent, interest or dividends; 5) retirement, annuity, pension or insurance payment; 6) gifts or inheritances; 7) or any other sources?

    YES [ ]    NO [X]

If you answered YES, list the amount received, date it was received, and the source.

| Amount | Date received | Source |
|--------|---------------|--------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**3.** How much money do you have in your institutional account? __*0.00*__

**4.** How much money do you have in checking, savings or other accounts outside of the institution? _____

**5.** Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (not including ordinary household furnishings and clothes)?

    YES [ ]    NO [X]

If you answered YES, list the value and describe each item.

2254 Petition (Rev. 02/18/2005)      2

Value                        Description

_____        _____

_____        _____

_____        _____

_____        _____

6. List everyone (including businesses and the government) that you owe money and the amount that you owe.

Creditor                    Total debt                Monthly payment

_____        _____        _____

_____none_____

_____        _____        _____

7. List any other major monthly expenses that you are actually paying.

Description                                           Monthly payment

_____none_____        _____

_____        _____

**I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION ABOVE IS TRUE AND CORRECT.**

11-25-2007                                             *Luc R. Hill*
(date)                                                 (original signature of petitioner)

2254 Petition (Rev. 02/18/2005)            3