IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIC RODNEY HILL,     *
    Petitioner
                                       *

V.                                                    CIVIL ACTION NO. JFM-07-3232
                                       *

BRIAN R. JETT, et al.,
    Respondents                      *

*********

## MEMORANDUM

Eric Rodney Hill, an inmate confined at the Federal Correctional Institution in Terre Haute, Indiana, filed the instant petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging convictions entered against him by the Superior Court of the District of Columbia.[1]

This court "in the exercise of its discretion and in furtherance of justice" may transfer petitioner's application for writ of habeas corpus to "the district court for the district within which the State court was held which convicted and sentenced" petitioner. *See* 28 U.S.C. § 2241(d). Petitioner attacks convictions entered against him by the Superior Court of the District of Columbia, and all of the records pertaining to these convictions are located in Washington, D.C. There is no connection between petitioner's convictions and the State of Maryland. In light of the foregoing, this court shall transfer this case to the United States District Court for the District of Columbia for

---

[1] The court is uncertain whether the convictions at issue here are the same as those referenced in *Hill v. Veach, et al.*, Civil Action No. JFM-07-2110, a habeas corpus petition that has been transferred to the United States District Court for the District of Columbia. Petitioner also claims he is being denied adequate medical care and subjected to inhumane conditions of confinement while housed at the FCI in Terre Haute, Indiana. Petitioner is advised that those claims are properly brought in a civil rights action and must be filed in the United States District Court for the Southern District of Indiana. His allegations against District of Columbia court and judicial personnel may be directed to the District of Columbia courts.

such hearing and determination as deemed appropriate.[2]  *See* 28 U.S.C. § 1404.


December 6, 2007                    /s/
 Date                               J. Frederick Motz
                                    United States District Judge

---

[2] Petitioner has submitted a motion for leave to proceed *in forma pauperis*. Because this case is being transferred, a ruling on petitioner's filing status will be deferred.