IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC RODNEY HILL, <br>     Petitioner | * |
| | * |
| V. | CIVIL ACTION NO. JFM-07-3232 |
| | * |
| BRIAN R. JETT, et al., <br>     Respondents | * |

*********

## **ORDER**

For the reasons set out in the foregoing Memorandum, it is this 6th day of December 2007, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk IS DIRECTED to transfer this case forthwith to the United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001; and

2. The Clerk SHALL MAIL a copy of this Order and the foregoing Memorandum to petitioner.

                                                               /s/
                                               J. Frederick Motz
                                             United States District Judge