CLOSED, HABEAS, PROSE, SA–CB

# U.S. District Court
# District of Maryland (Baltimore)
## CIVIL DOCKET FOR CASE #: 1:07–cv–03232–JFM

Hill v. Jett et al  
Assigned to: Judge J. Frederick Motz  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 11/29/2007  
Date Terminated: 12/06/2007  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Eric Rodney Hill**  represented by  **Eric Rodney Hill**  
#17477–016  
Federal Correctional Institution  
P O Box 33  
Terre Haute, IN 47808  
PRO SE

V.

**Respondent**

**Brian R. Jett**  
*Warden*

**Respondent**

**The Attorney General of the State of Maryland**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2007 | 1 | PETITION for Writ of Habeas Corpus, filed by Eric Rodney Hill.(ATTACHMENTS FILED SEPARATELY IN PAPER FORMAT)(bmh, Deputy Clerk) (Entered: 12/03/2007) |
| 11/29/2007 | 2 | MOTION for Leave to Proceed in forma pauperis by Eric Rodney Hill. (bmh, Deputy Clerk) (Entered: 12/03/2007) |
| 12/06/2007 | 3 | MEMORANDUM. Signed by Judge J. Frederick Motz on 12/6/07. (c/m 12/6/07)(bmh, Deputy Clerk) (Entered: 12/06/2007) |
| 12/06/2007 | 4 | ORDER transferring the case to the U.S. District Court for the District of Columbia. Signed by Judge J. Frederick Motz on 12/6/07. (c/m 12/6/07)(bmh, Deputy Clerk) (Entered: 12/06/2007) |
| 12/06/2007 | 5 | Transfer Letter (bmh, Deputy Clerk) (Entered: 12/13/2007) |