07cv2324(PLF)

11-27-2007

U.S.D.C. for the District of Columbia
Clerks office or any federal Judge

On Sept. 28-2007 U.S.D.C. for the District of Maryland Judge J. Frederick Motz ordered the transfer of 28. Petition for writ of habeas corpus, Mandamus, federal question, Jurisdiction civil action no. JFM-07-2110 to U.S.D.C. for the district of Columbia.

Since Oct. 1st-2007 the petitioner Eric Rodney Hill has mailed 8 copies of the transfer order to the U.S.D.C. for the D.C. Clerks office and Eric Hill has not received a response from the federal Judges or Clerks office.

The petitioner has mailed copies of this document to Chief Judge Thomas F. Hogan E. Barrett Prettyman U.S. Cthse. # 4114 333 Constitution Avenue, N.W. Wash. DC. 20001.

Also to senior Judges. William B. Bryant # 6309, Louis F. Oberdorfer # 2309, John Garrett Penn # 6600, Please send me a response thank you.

Eric Rodney Hill. 17477-016 F.C.I. P.O. Box 33 Terre Haute, Indiana 47808