UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC RODNEY HILL,          :<br>                            :<br>     Petitioner,           :<br>                            :<br>v.                          :<br>                            :<br>BRIAN R. JETT,             :<br>                            :<br>     Respondent.           : | Civil Action No. 07-2324 (PLF) |

DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petition for a writ of habeas corpus is DISMISSED.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

Date:  March 5, 2008