March-14-2008

U.S.D.C. for the District of Columbia
No. 07-2324, Judge Paul L. Friedman and
Per-Curiam.

Petitioner, Eric Rodney Hill-17477-016
vs.
Respondent, Warden, Brian R. Jett, et. al.

Motion to Reconsider dismissal order filed on March 5th-2008.

What a DC. Superior Court Judge, Prosecutors Joseph W. Clark and Susan Cushman did too the Petitioner is a unique case of corruption, these are exigent and exceptional circumstances for Eric Rodney Hill.

In the past 3 years and present the Petitioner has ask the U.S.D.C. to take into consideration his lack of legal expertise.

The Petitioner doesn't know all the right legal terminology et. al. to use and he's asking the U.S.D.C. please do not use that against him.

RECEIVED
MAR 25 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1                                                                1

March- 14-2008

D.C. code 23-110 is inadequate and ineffective for these reasons.

The local remedy D.C. Superior court judge et.al. violated the petitioners constitutional rights before and during the petitioners trial.

The local remedy D.C. Superior court judge violated the U.S. constitution, laws, Treaties of the United States and committed crimes against Eric Rodney Hill before and during his trial.

The petitioner has given the U.S.D.C. for D.C. per-curiam overwhelming physical facts that the U.S. attorneys office never had the legal right too bring the petitioner to trial.

The petitioners custody, incarceration is in violation of the federal kidnapping act. Title 18. U.S.C.A. 1201, the crime of seizing and taking away a person by force, especially by fraud amounting too false imprisonment.

2.                                                                 2e

march-14-2008

for the past 3 years the petitioner has given the U.S.D.C. for D.C. per-curian clear and convincing evidence the U.S. attorneys office committed federal crimes against Eric Rodney Hill.

The petitioner custody is in violation of the U.S. Constitution, laws, and treaties of the united states.

Relief

The petitioner is asking the U.S.D.C. for the district of columbia to dismiss the conviction DC Superior court case U.S.F 4635-04 vs. Eric R. Hill and to please order the immediate release of Eric Rodney Hill - 17477-016.

thank you very much.

copies to. U.S. atty. Kenneth Wainsten
5806 Judiciary center building
555 4th street N.W. washington DC. 20001

Eric R. Hill - 17477-016
F.C.I. P.O. Box 33. Terre Haute, indiana 47808

3.                                                                                        3.