UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERIC RODNEY HILL,                          :
                                           :
      Petitioner,                         :
                                           :
v.                                         :     Civil Action No. 07-2324 (PLF)
                                           :
BRIAN R. JETT,                             :
                                           :
      Respondent.                         :

## ORDER

Upon careful consideration of petitioner's motion for reconsideration, the Court concludes that the motion is without merit. Accordingly, it is hereby

ORDERED that petitioner's motion for reconsideration [Dkt. #10] is DENIED, and it is further

ORDERED that the Clerk of Court shall docket petitioner's "Motion To Have Counsel Appointed," and that the motion is DENIED as moot.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

Date: April 11, 2008