March-11-2008.

U.S.D.C. for the District of Columbia
Case No. 07-cv-02324

Judge Paul L. Friedman

Petitioner. Eric Rodney Hill - 17477-016
vs.
Respondent. Warden. Brian A. Jett et. al.

Motion to have counsel appointed.

Please take into consideration the petitioners lack of legal expertise, Eric Hill is asking the court to have an attorney from the federal public defenders office appointed.

Thankyou very much.

Copies to.
A.J. Kramer. Federal public defender
625 Indiana Avenue, N.W. Suite 550
Washington DC. 20004

Eric Rodney Hill - 17477-016
F.C.I. P.O. Box. 33
Terre Haute, Indiana 47808

LET THIS BE FILED
087
4/11/08

FILED
APR 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
MAR 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT