March-14-2008

U.S. D.C. of Appeals for the district of columbia
07-2324 (PLF)

Notice of Appeal

Petitioner. Eric Rodney Hill- 17477-016
vs.
Respondent. Brian R. Jett, Warden

The Petitioner Eric Rodney Hill is appeally the dismissal order filed on March-5-2008 by Judge Paul L. Friedman Case No. 07-2324.

For the past 2 years the petitioner has told the federal court in Wash. DC, the Local Remedy DC. Code-23-110 and DC. Superior Court Judge Harold L. Cushenberry is inadequate and ineffective.

A DC. Superior court Judge and two U.S. Prosecutors committed federal crimes against Eric Rodney Hill and the petitioners custody is in violation of the U.S. constitution, laws and treaties of the united states.

Eric Rodney Hill has recourse under these statutes and laws.

The Petitioner Eric Rodney Hill has Recourse under 28.U.S.C.2254 Writ of habeas corpus, A Person in custody under a state court judgment who seeks a determination that the custody violates the U.S. Constitution, laws, or treaties of the United States.

The Petitioner Eric Rodney Hill has Recourse under 28.U.S.C.A. 1343 civil Rights and eletive franchise—the district court shall have original jurisdiction of all civil actions authorized by law to be commenced by any person.

The Petitioner Eric Rodney Hill has Recourse under the civil Rights act.—the individual Rights of personal Liberty guaranteed by the bill of Rights and by the 13th, 14th, 15th, and 19th amendments of the U.S. Constitution, as well as by Legislation, civil Rights include, especially the Right to due Process of law and the Right of equal Protection under the law.

1                                                                          1

The Petitioner Eric Rodney Hill has recourse under the federal kidnapping act. Title 18, U.S.C.A. 1201, the crime of seizing and taking away a person by force, especially by fraud amounting too false imprisonment.

The Petitioner Eric Rodney Hill has recourse under 28, U.S.C.A. 1331 federal question, the district courts shall have original jurisdiction of all civil actions arising under the U.S. constitution, laws and treaties of the United States

The Petitioner Eric Rodney Hill has recourse under due process clause - The ~~government~~ constitutional provision that prohibits the government from unfairly or arbitrarily depriving Eric R. Hill a person of life, liberty or property.

For the past 2 years the U.S.D.C. for the district of columbia has refuse to give the petitioner something in writing saying he has no recourse under these laws or statutes.

Relief. Release Eric R. Hill from the false imprisonment. Eric R. Hill - 17477-016 F.C.I. P.O. Box 33, Terre Haute, Indiana 47808

2.

2.