UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIC RODNEY HILL, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 07-2324 (PLF) |
| | : | |
| BRIAN R. JETT, | : | |
| | : | |
| Respondent. | : | |

ORDER

A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Such a showing may include a demonstration that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)). Petitioner does not meet his burden. As a District of Columbia offender, any challenge to his conviction or sentence must be brought in the Superior Court of the District of Columbia pursuant to D.C. Code § 23-110. He shows neither that reasonable jurists could debate whether his habeas petition properly was denied nor that the issues presented merit further consideration. The Court concludes that a certificate of appealability is not warranted.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

Date: June 20, 2008