July-18-2008

USDC for the District of Columbia. 07-2324
Honorable Paul L. Friedman, in response to the
June-20-2008 order.

RECEIVED
AUG - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Petitioner. Eric Rodney Hill-17477-016
V.
Respondent. Warden-Scott A. Middlebrooks

In DC. Superior Court, case US. F-4635-04 VS. Eric R. Hill Pro.Se, Eric Hill was denied the right to an attorney, Eric Hill was denied the right to present any and all evidence in his defense before and during his trial.

Prosecutors Joseph W. Clark and Susan Cushman violated the petitioners civil and constitutional rights before and during his trial, the two violated federal laws and the prosecutors committed federal crimes against Eric Rodney Hill.

Violation of civil rights in America is a federal offense, its breaking the law, its a crime.

DC. Code 23-110 is inadequate and ineffective, DC. Code 23-110 is irrelevant and DC. Code 23-110 is moot.

1.

The petitioner has given Judge Friedman overwhelming physical facts. A fact having a physical existence such as a fingerprint left at a crime scene, the forged government exhibit 4-A-800-783-0399 documents from prosecutors Joseph W. Clark and Susan Cushman of the U.S. Attys. office.

The six laws of the United States the petitioner has provided to Judge Paul L. Friedman Eric Hill has the right and recourse to file a 28.USC. 2254 for writ of habeas corpus.

Due Process Clause - the constitutional provision that prohibits the government from unfairly or arbitrarily depriving Eric Hill or any person of life, liberty or property without due process of law. Cases. Constitutional law 455, 461-467, 501, 503, 513.

28. USCS. 1331. Federal question - Jurisdiction, the exercise of federal court power, the district court shall have original jurisdiction of all claims, civil actions arising under the U.S. Constitution. Cases. Federal court. 161-247

2.                                                                2.

The Federal Kidnapping Act. Title 18. USCA. 1201, the crime of seizing and taking away Eric Hill or any person by force, especially by fraud amounting too false imprisonment. Cases. Abduction and Kidnapping 14 At. 185-1994.

Civil Rights Act. the individual Rights of personal liberty guaranteed by the bill of Rights and by the 13th, 14th, 15th, and 19th amendments of the U.S. Constitution, as well as by legislation, civil Rights especially includes the Right to due process of law and the Right to Equal Protection under the law. Cases. Civil Rights 1027. C.J.S. Civil Rights 4-5, 8, 131.2. Civil Liberty.

The 14th amendment, no state shall deprive Eric Hill or any person of life, liberty or property without due process of law, nor deny to any person within its jurisdiction the equal protection of the law.

Title 18. USCA. 241 conspiracy against rights, if two or more persons conspire to injure, oppress, threaten or intimidate any person in any state, territory shall be fined or imprisoned.

3

Conclusion

Federal Judge Sarah Evans Barker agreed that the Petitioners custody is in violation of the U.S. Constitution, unfortunately Judge Barker was not assigned to the case and Judge Richard L. Young dismissed the 2241-06-cv-06224 with prejudice.

To Judge Friedman these are not technicalities and once again the Petitioner is asking Judge Paul L. Friedman for his immediate release.

After the release is denied please give Eric Hill a written explanation why the petitioner has no rights too the six laws of the United States that he has provided to Judge Paul L. Friedman.

Eric Rodney Hill-17477-016
F.C.C. USP-1, P.O. Box 1023
Coleman, Florida 33521

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ERIC HILL, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 2:06-cv-224-RLY-WGH |
| | ) | |
| MARK A. BEZY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

### Entry and Order to Show Cause

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.  The clerk shall forward a copy of this Entry to the United States Attorney for this District. The United States is **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This material has been scanned into the court's electronic docket.

2.  The respondent shall have **through December 1, 2006,** in which to answer the allegations of the habeas petition, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. The petitioner shall have **through December 20, 2006,** in which to reply.

3.  The petitioner's motion to expedite filed on October 19, 2006, is **granted** to the extent that the parties shall adhere to the schedule established in paragraph 2 of this Entry.

4.  The petitioner's motion for appointment of counsel filed on October 19, 2006, has been considered.

   a.  Appointment of counsel in habeas corpus proceedings is governed by 18 U.S.C. § 3006A(a)(2)(B) ("Whenever . . . the court determines that the interests of justice so require, representation may be provided for any financially eligible person who . . . is seeking relief under section 2241, 2254, or 2255 of title 28.").

b.  The petitioner seeks relief in this action by challenging the validity of his conviction in a Superior Court of the District of Columbia. The petitioner's custodian has not yet answered the allegations of the petition in this case, nor has the record been expanded. At this stage of the proceedings, the claims asserted by the petitioner do not appear particularly complex and the petitioner has demonstrated his ability to express his claims in an understandable fashion. His claims are most likely to rise or fall on the basis of records of the sentencing courts and of the agency having custody of him. These are not circumstances showing that it is in the interest of justice to appoint counsel. Accordingly, his motion for appointment of counsel is **denied.**

**IT IS SO ORDERED.**

Date: 10/26/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Judge Barker agreed with the petitioner that his civil and constitutional Rights were violated before and during his trial, prosecutors Susan Cushman and Joseph W. Clark violated federal laws, also the prosecutors committed federal crimes against Eric Rodney Hill.

Distribution:

Eric Hill
Reg. No.17477-016
United States Penitentiary
P.O. Box 12015
Terre Haute, IN 47808

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048

D.C. Superior Court Judge Harold L. Cushenberry, prosecutors Joseph W. Clark and Susan Cushman never had the legal right to bring Eric R. Hill too trial.